**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ZELL ARMSTRONG,**

    **Plaintiff,**

**v.**                                                      **Case No.  8:06-cv-1439-T-30TBM**

**USAA INSURANCE AGENCY, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Defendant's Dispositive Motion for Dismissal Under Fed.R.Civ.P. 41(b) and 37(d) (Dkt. #38), and Plaintiffs' Response to Defendant's Motion to Dismiss (Dkt. #42).  The Court, having considered the motion, response, and being otherwise advised in the premises, finds that Defendant's motion should be granted with prejudice.  While numerous consent forms were file by potential opt-in plaintiffs, the Court did not grant permission for these potential opt-in plaintiffs to join this case, thus this order has no effect on such opt-in plaintiffs' claims and they are free to file a separate action in the proper venue.

    It is therefore ORDERED AND ADJUDGED that:

1.      Defendant's Dispositive Motion for Dismissal Under Fed.R.Civ.P. 41(b) and 37(d) (Dkt. #38) is GRANTED with prejudice.

2.      Plaintiff's complaint is dismissed with prejudice.

3. The Clerk is directed to terminate any pending motions and to CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on January 10, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-1439.mtd 38.wpd